CLERK'S OFFICE U.S. DISTRICT COURT
Roanoke, VA
FILED

1/19/24

LAURA A. AUSTIN, CLERK
BY: K.D. Saville
    DEPUTY CLERK

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Criminal No: 3:24MJ7

BRIAN TURNER

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the Arrest Warrant, Criminal Complaint, Affidavit, this Motion, and the Order to be sealed for the following reasons:

The Government states that the disclosure of the government's Arrest Warrant and Criminal Complaint would jeopardize the capture of the defendant and the safety of law enforcement. Any alternative other than sealing could alert the defendant and cause harm to law enforcement.

The Government requests that the Arrest Warrant, Criminal Complaint, Affidavit, this Motion, and the Order be sealed until capture of the defendant.

1

For the reasons set forth above, the Government respectfully moves the Court to seal the government's Arrest Warrant, Criminal Complaint, Affidavit, this Motion to Seal, and the Order to Seal until capture of the defendant.

Respectfully submitted,

CHRISTOPHER KAVANAUGH
United States Attorney

Date:   January 19, 2024

/s/ Melanie Smith
Melanie Smith
Assistant United States Attorney