AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

1/19/24

CLERK'S OFFICE U.S. DISTRICT. COURT
Roanoke, VA
FILED

LAURA A. AUSTIN, CLERK

BY K.D. Saville
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) | Case No.  3:24MJ7 |
| Brian Turner | | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Brian Turner                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2421(a), Transportation for the purpose of prostitution

Date:    January 19, 2024

Issued by reliable electronic means.

_____
*Issuing officer's signature*

City and state:    Roanoke, Virginia

C. Kailani Memmer United States Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ .<br><br>Date: _____    _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |