AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

1/26/2024

LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  3:24MJ7 |
| | ) | |
| Brian Turner | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Brian Turner

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2421(a), Transportation for the purpose of prostitution

Date: January 19, 2024

Issued by reliable electronic means.

*Issuing officer's signature*

City and state:   Roanoke, Virginia

C. Kailani Memmer United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 1-22-2024, and the person was arrested on *(date)* 1-24-2024
at *(city and state)* Charlottesville, VA.

Date: 1-25-2024

*Arresting officer's signature*

Echols for FBI
*Printed name and title*